```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  GARY M. LEUIS
    Special Assistant United States Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6  Attorneys for Plaintiff
      UNITED STATES OF AMERICA
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00185-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO VACATE REVIEW HEARING |
| TENTCHEZ N. TENTCHOTENEY<br>Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby confirms that the defendant herein has completed traffic school. Plaintiff hereby moves to vacate the Status Hearing set for December 20, 2018, at 10:00 a.m., before the Honorable Stanley A. Boone.

DATED: December 12, 2018                Respectfully submitted,

                                                                     McGREGOR W. SCOTT
                                                                     United States Attorney

                                             By:    /s/ Gary M. Leuis
                                                                   GARY M. LEUIS
                                                                   Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Hearing set for December 20, 2018, at 10:00 a.m., before the Honorable Stanley A. Boone, is hereby vacated.

IT IS SO ORDERED.

Dated: __**December 13, 2018**__

UNITED STATES MAGISTRATE JUDGE